**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-6342

HUNTER D. COLLINS,

Petitioner - Appellant,

v.

HAROLD W. CLARKE, Director of the Virginia Department of Corrections,

Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Arenda L. Wright Allen, District Judge. (2:16-cv-00294-AWA-DEM)

Submitted: August 29, 2023                    Decided: September 1, 2023

Before KING, AGEE, and BENJAMIN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Hunter D. Collins, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hunter D. Collins appeals the district court's order construing his postjudgment motion to dismiss or vacate sentence as an unauthorized, successive 28 U.S.C. § 2254 petition and dismissing it on that basis.  On appeal, we confine our review to the issues raised in the Appellant's brief.  *See* 4th Cir. R. 34(b).  Because Collins' informal brief does not challenge the basis for the district court's disposition, Collins has forfeited appellate review of the court's order.  *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief.").  Accordingly, we affirm the district court's order.  We also deny as unnecessary a certificate of appealability.  *See Harbison v. Bell*, 556 U.S. 180, 183 (2009).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*